UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SURJIT SINGH,<br><br>        Defendant and Judgment Debtor .<br><br>―――――――――――――――<br><br>EAST WEST BANK<br>(and its Successors and Assignees)<br><br>        Garnishee. | No. 2:21-mc-0125 JAM AC<br><br><br>ORDER |

      On July 26, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the finding and recommendation have not been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 26, 2021, are adopted in full;

2. The United States' Request for Findings and Recommendations for Final Order of Garnishment are GRANTED;

3. Garnishee East West Bank are directed to liquidate and pay to the Clerk of the Court the entire balance in the bank Account Number ***3560, within fifteen (15) days of the filing of the Final Order;

4. Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. The criminal docket number (2:13-cr-00084-GEB) shall be stated on the payment instrument.

5. The Court retains jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

6. This garnishment is terminated once the Garnishee makes its payment to the Clerk of the Court.

Dated:  September 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE